UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Case No: 01-CV-685 ADM/SRN

---

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local No. 49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Fund, and their Trustees,

Plaintiffs,

vs.

**ORDER**

Matt Bullock Contracting Co., Inc. and Randy L. Marsh,

Defendants.

---

This matter comes before the Honorable Ann D. Montgomery, United States District Court Judge on Plaintiffs' Motion for Default Judgment.

Upon all files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the Plaintiffs' Motion for Summary Judgment shall be granted and judgment shall be entered as follows:

A) Against Matt Bullock Contracting Company, Inc. only in the amount of $4,355.98.

B) Against Matt Bullock Contracting Company, Inc. and Randy L. Marsh, jointly and severally, in the amount of $2,847.14.

Dated: August 28, 2001

BY THE COURT

ANN D. MONTGOMERY
United States District Court Judge

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 28 2001
DEPUTY CLERK