# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Operating Engineers Local#49 Health and Welfare Fund,
Central Pension Fund of the International Union of Operating Engineers
and Participating Employers Local No. 49 International Union of
Operating Engineers and Associated General Contractors of
Minnesota Apprenticeship and Training Fund, and their Trustees,
Plaintiffs

Case No. Civil 01-685 /ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Matt Bullock Contracting Co., Inc. and Randy L. Marsh
Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**That the Plaintiffs' Motion for Summary Judgment shall be granted and judgment shall be entered as follows:**

**A) Against Matt Bullock Contracting Company, Inc. only in the amount of $4,355.98**

**B) Against Matt Bullock Contracting Company, Inc. and Randy L. Marsh, jointly and severally, in the amount of $2,847.14.**

DATE: August 28, 2001

RICHARD D. SLETTEN, CLERK

(7)

E Knoblauch

E Knoblauch, Deputy Clerk